# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135562

GARY LEE PETERS, #155318

      Plaintiff-Appellant,

v

MACOMB CIRCUIT COURT,

      Defendant-Appellee.

_____

SC:  135562
CoA:  281534

On order of the Chief Justice, plaintiff-appellant having failed to pay the entry fee or to file a motion to waive the fee, the Clerk of the Court is hereby directed to close this file.



I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2008

Clerk

jm